# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-2698
LT Case No. 2022-CF-0491

_____

AUSHEA WILLIAMS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Putnam County.
Howard O McGillin, Jr., Judge.

Matthew J. Metz, Public Defender, Ryan M. Belanger, Assistant
Public Defender, Daytona Beach, for Appellant.

Aushea Williams, Live Oak, pro se.

Ashley Moody, Attorney General, and Allison Leigh Morris,
Assistant Attorney General, Daytona Beach, for Appellee.


December 5, 2023

PER CURIAM.

AFFIRMED.

EISNAUGLE, KILBANE, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____